FILED
ASHEVILLE, NC

SEP 04 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

# UNITED STATES DISTRICT COURT
for the

__Western__ District of __North Carolina__

__Asheville__ Division

Mark Lee Jones
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

"SEE Attached"
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

) Case No. 1:25CV299-MR
) _____
) (to be filled in by the Clerk's Office)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Mark Jones
All other names by which you have been known: KODAK, LiL ZOE
ID Number: 1597827
Current Institution: Marion Correctional Institution
Address: 355 old Glenwood Rd
Marion    NC    28752
   City    State    Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Ben Carver
Job or Title *(if known)*: Marion Correctional Warden
Shield Number:
Employer: Marion Correctional Institution
Address: 355 Old Glenwood rd
Marion    NC    28752
   City    State    Zip Code
[✓] Individual capacity    [✓] Official capacity

Defendant No. 2
Name: Cindy haynes
Job or Title *(if known)*: Assistant Superintendent for custody/RDU Warden
Shield Number:
Employer: Marion Correctional Inst
Address: 355 old Glenwood rd
Marion    NC    28752
   City    State    Zip Code
[✓] Individual capacity    [✓] Official capacity

Defendant No. 3
　Name: MR. Charles J. Bumgarner
　Job or Title (if known): Correctional program Director I/RDU at MARion
　Shield Number: unknown
　Employer: MARIoN Correctional Insti
　Address: 355 old Glenwood Rd
　MARION　　NC　　28752
　　City　　State　　Zip Code
　[✓] Individual capacity　[✓] Official capacity

Defendant No. 4
　Name: Ms. Mace
　Job or Title (if known): MailRoom Supervisor
　Shield Number: unknown
　Employer: marion Correctional Institution
　Address: 355 old Glenwood road
　marion　　NC　　28752
　　City　　State　　Zip Code
　[✓] Individual capacity　[✓] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

　[ ] Federal officials (a *Bivens* claim)

　[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

unconstitutional
~~Unlawful~~ Retaliation (first Amendment / ~~ninth~~ /Eigth Amendment)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

(A.)(B.) The Defendants

**Defendant No. 5**

Name: Mr. Hewitt

Job or Title: Mental health supervisor

Shield Number: Unknown

Employer: Marion Correctional Insti

Address: 355 old Glenwood rd

Marion, NC, 28752

☑ Individual Capacity  ☑ Offical Capacity

**Defendant No. 8**

Name: Brian Clint, Gregory

Job or Title: Assistant unit manager

Shield number: GBC11

Employer: Marion Correctional Insti

Address: 355 old Glenwood Rd

Marion NC 28752

☑ Individual Capacity  ☑ Offical Capacity

**Defendant No. 6**

Name: Mr. T Harrison

Job or title: Sargent

Shield number: Unknown

Employer: Marion Correctional Insti

Address: 355 old Glenwood rd

Marion, NC 28752

☑ Individual Capacity  ☑ Official Capacity

**Defendant 9.**

Name: Melissa Becker

Job or Title: F.C.C. Head Supervisor

Shield number: BMA20

Employer: M.C.I

Address: 355 old Glenwood rd

Marion, NC 28752

☑ Individual Capacity  ☑ Offical Capacity

**Defendant No 7.**

Name: Alisha Conner

Job or title: F-unit (unit manager)

Shield number: Unknown

Employer: Marion Correctional Institution

Address: 355 Old Glenwood Rd

Marion NC 28752

☑ Individual Capacity  ☑ Official Capacity

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Marion Correctional Institution (these claim arose) Feburary 2025

I was "Coerced" into joining the RDU program while at Marion Correctional Institution. The Treatment of Prisoners amounts to a violations of our [rights to privacy, due process, freedom of speech, and many others] because, although the RDU program is not a Security Risk Threat ("SRT") program, prisoners in the program are treated as if they were classified as SRT prisoners. Officals have violated prison policies and procedures in administering the RDU program by illegaly imposing they're own rules to make sure that when inmate(s) get in trouble they are illegaly imposed some type of punishment/ICON.

② The RDU Program at Marion Correctional Institution (M.C.I) Is A "Sham" that has not only decieved the public but also it has caused injury to my rights to due process that were violate[d] and was falsely imprisoned under false pretenses. As for prisoner(s) attending the RDU program incident(s) of Retaliation, harrassment, staff planting things on inmate(s) and multiple other things that violate policy/procedures and inmate used United States Constitutional rights that are going unreported, uninvestigated after prisoner reports, and covered up in multiple case(s) "and prisoners like myself are "forced to participate. In the fraudulent RDU program are suffering malicious injury and violation of due process.

③ On Friday (July 11th, 2025) @ 4:25 pm Marion Correctional Inst (M.C.I) Imposesed they're own policy illegaly with any permission from Raleigh Administration imposing a Illegal policy that allow them to segragate a offender for any charge he catches in the RDU program (A,B, or C) Imposing a higher punishment for what you call a (catagory 2) "A charge" of (180 days), C-charges hold no time by N.C.D.A.C. Policy and procedures but they impose 90 day ICON they call this illegal policy The (R.D.U Matrix) Illegally Imprisoning offenders, violating they're "due process" and also covering they're dirty schemes.

④ While housed on (ICON) offenders were not allowed to order (Hair Products, deoderant, and other personal hygiene) provided on canteen and forced to use an State Indigent Kit. The things provided in this Indigent Kit break out offenders such as myself skin due to (sensitive skin) and that causes me and others not to have the proper hygiene we need.

① On Thursday (July 10th, 2025) I wrote a Grievance on behalf of another Inmate about how the facility violating our "due process" while on ICON. I was threaten by ~~um~~ asst um (Brian, Gregory) I would get a Infraction for helping write a Grievance for another Inmate after Explaining that the offender (Jakeith hargrave) was Incompatent and had no knowledge of the law and need help he said "Oh well that's his fault" and walked off.

② On (August 1st, 2025) I was purposly denied my books without a chance to appeal the warden (Ben carven) descion and my books were threaten to be thrown away because I couldn't get the funds to have them sent home. I wrote a Grievance 8/6/25 and await Answer.

③ On (August 13, 2025) I was seen by (FCC) without (notice) due too me and 8 other People writing Grievance(s) about the Program staff and (misconduct/retaliation) against us as offender. As a punishment I was Illegally sanctioned to more (ICON) time.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Feb 26, 2025 (0735)Am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

sheet
(Attached)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Depression/anxiety • I was denied mental health Assistance
Pain & Suffering (Tylenol and Ibuprophen)
Seizures • I take (Depakote)
Bipolar • No Treatment

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1) A lean to be put on Each Defendant (Bank Account, homes, and other Finances) until claims are Resolved, as Collateral

2) Each Defendant pay a small (compentary) for plaintiff's Injuries of $5,000 each

3) Declaratory Judgments ; Ordering the defendant to be shipped due to constent Retaliation by Defendant(s) Ordering defendant(s) to pay Plaintiff (compentary damages) of $5,000 each for his Injuries he suffering while confined at M.C.I

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

MARION Correctional Institution

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[✓] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   MARION Correctional Institution

2. What did you claim in your grievance?

   That the facility have been retaliating on me due to GRievANce complaints

3. What was the result, if any?

   I was given A ~~enclosed~~ Illegal Extended days of ( )days by F.C.C 3(D.C.C) without Notice

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   yes, The Grievance process is Complete

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Grievances Attached and Notarized [AFFIDAVIT(s) by myself and another Inmate.]

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____

   3. Docket or index number
      _____

   4. Name of Judge assigned to your case
      _____

   5. Approximate date of filing lawsuit
      _____

   6. Is the case still pending?
      ☐ Yes
      ☐ No
      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
      _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

| | |
|---|---|
| Signature of Plaintiff | *Mark Jones* |
| Printed Name of Plaintiff | Mark Jones |
| Prison Identification # | 1597827 |
| Prison Address | 355 Old Glenwood rd |
| | Marion, NC 28752 |
| | City / State / Zip Code |

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____
City / State / Zip Code
Telephone Number _____
E-mail Address _____